## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN TOWNLEY,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
CYNTHIA LU, DISTRICT JUDGE,
Respondents,
and
ROCHELLE MEZZANO,
Real Party in Interest.

No. 84508

**FILED**

MAY 1 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order quashing service. Petitioner has filed a notice with this court that he has voluntarily dismissed the underlying district court action. Because the underlying case has been dismissed, the requested writ relief is no longer available. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Herndon

_____, Sr.J.
Gibbons

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision in this matter under a general order of assignment.

22-15102

cc: Hon. Cynthia Lu, District Judge, Family Court Division
Silverman, Kattelman, Springgate, Chtd.
O'Mara Law Firm, P.C.
Washoe District Court Clerk